

FILED

01/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0304

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0304

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

WILLIAM EDDIE MOODY,

     Defendant and Appellee.

FILED

JAN 25 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant William Eddie Moody appeals his felony conviction for Criminal Possession of Dangerous Drugs in the Tenth Judicial District Court, Judith Basin County, Cause No. DC-2016-10.

The State has filed a Notice of Concession. Although it maintains it does not agree with all the arguments advanced by Moody, it concedes this Court should reverse the District Court's denial of Moody's motion to suppress and Moody's possession conviction and remand this matter to the District Court to vacate the judgment.

Having considered the Appellant's Opening Brief and the State's Notice of Concession, and good cause appearing,

IT IS HEREBY ORDERED that the District Court's March 30, 2020 Order on Motion to Suppress and April 10, 2020 Order on Change of Plea, Judgment, and Sentence in Cause No. DC-2016-10 are REVERSED and the judgment is VACATED. This matter is remanded with instructions for the District Court to vacate Moody's conviction in this case.

Dated this 25 day of January, 2022.

_____

_____

_____
Justices